# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. EDELSEIN VARGAS                          Docket No. 3:01CR00218(JBA)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Sandra Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Edelsein Vargas who was sentenced to 40 months imprisonment for a violation of 21 U.S.C. § 841, Possession with Intent to Distribute a Controlled Substance (Cocaine), by the Honorable Bernice B. Donald, U.S. District Judge, sitting in the court at Memphis, Tennessee, on July 29, 1998, who fixed the period of supervision at five years which commenced on June 15, 2001, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: "The defendant shall submit to drug screens, drug program, and mental health treatment as directed by the Probation Office." On September 11, 2001, jurisdiction was transferred to the District of Connecticut and the matter was assigned to the Honorable Janet Bond Arterton.

Mr. Vargas has been supervised by the Probation Office in the Eastern District of Pennsylvania since February 4, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1 - Condition Violated**

Mandatory Condition:     "The defendant shall refrain from any unlawful use of a controlled substance."

#### Facts of Violation

Mr. Vargas has tested positive for drug use (THC-Marijuana) on ten occasions between January 11, 2005 and April 5, 2005.

**Charge No. 2 - Condition Violated**

Standard Condition:     "The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons."

#### Facts of Violation

Mr. Vargas failed to be gainfully employment from January 21, 2005 to April 20, 2005.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Edelsein Vargas to appear before this court at New Haven, Connecticut on Mon, 23 May 2005 at 2:30 pm to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 2d day of May, 2005 and ordered filed and made a part of the records in the above case.

_____
The Honorable Janet Bond Arterton
United States District Judge

Sworn to By _____
United States Probation Officer

Place New Haven, CT

Date May 2, 2005

Before me, the Honorable Janet Bond Arterton, United States District Judge, on this 2d day of May 2005 at New Haven, Connecticut, U.S. Probation Officer Sandra Hunt appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Janet Bond Arterton
United States District Judge