UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.

EDELSEIN VARGAS

Criminal No. 3:01CR00218(JBA)

FILED
2005 JUN -1 P 1:47
U.S. DISTRICT COURT
NEW HAVEN, CT

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On July 29, 1998, the defendant was sentenced to forty months imprisonment and five years supervised release for Possession with Intent to Distribute a Controlled Substance (Cocaine), subject to standard and special conditions.

WHEREAS, at a hearing before this Court on May 23, 2005, Mr. Vargas, who was represented by counsel and given an opportunity to be heard, admitted to violations of supervised release regarding drug use and employment. The Court deferred making findings and the matter has been continued to November 9, 2005. In the interim, the defendant shall remain on supervised release with the following modification to the special conditions.

IT IS ORDERED that the conditions of supervised release be modified to add the special condition that the defendant be required to reside and participate in a community corrections center program with work release and drug and mental health treatment for a period of six (6) months.

All other aspects of the original judgment shall remain in full force and effect.

Signed and dated at Hartford, Connecticut, this 31st day of May, 2005.

The Honorable Janet Bond Arterton
United States District Judge